TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-96-00076-CV







In the Matter of D. H.








FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT


NO. J-13,995, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING







PER CURIAM



 Appellant D. H. has filed a motion to dismiss this appeal. The motion is granted. 
Tex. R. App. P. 59(a)(1)(B).

 The appeal is dismissed.




Before Chief Justice Carroll, Justices Aboussie and Kidd

Dismissed on Appellant's Motion

Filed: February 21, 1996

Do Not Publish